Craig B. Fry, #210331
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendant, SLEEP FIT CORPORATION, erroneously sued
herein as SLEEP FIT, INC.

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>SLEEP FIT, INC., NEVADA DEANZA FAMILY LIMITED PARTNERSHIP,<br><br>    Defendants. | Case No.  1:10-CV-00277-LJO-GSA<br><br>**INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[RULE 6-144] |

   Defendant SLEEP FIT CORPORATION, erroneously sued herein as SLEEP FIT, INC. (hereinafter "Sleep Fit"), by and through its counsel Lang, Richert & Patch, Defendant NEVADA DEANZA FAMILY LIMITED PARTNERSHIP (hereinafter "Deanza"), by and through its counsel the Law Offices of Michael J. Lampe, and Plaintiff RONALD MOORE (hereinafter "Plaintiff"), by and through his counsel Moore Law Firm, PC, enter into the following initial stipulation to extend time for Defendant Sleep Fit to file a responsive pleading to Plaintiff's Complaint in the above-entitled action. Plaintiff, Deanza and Sleep Fit hereby stipulate that:

   1.   Sleep Fit shall have through April 21, 2010 to file an answer and/or other responsive pleadings/motions in response to Plaintiff's Complaint in this action.

**INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [RULE 6-144]**

2. As of the date of execution of this Stipulation, there has been one previous stipulation to extend time in this action, whereby Deanza and Plaintiff entered into a stipulation to extend time through April 6, 2010 for Deanza to file an initial response to Plaintiff's Complaint. As of the date of said stipulation executed between Plaintiff and Deanza, Sleep Fit had not yet appeared in this action, and Sleep Fit was not a party to such stipulation.

3. This stipulation may be executed in counterparts. Photocopies and facsimile signatures shall be considered originals for purposes of executing this stipulation.

IT IS SO STIPULATED.

DATED: April 9, 2010          LANG, RICHERT & PATCH

By: /s/ Craig B. Fry
CRAIG B. FRY, Attorneys for
Defendant SLEEP FIT CORPORATION, erroneously sued herein as SLEEP FIT, INC.

DATED: April 7, 2010          LAW OFFICES OF MICHAEL J. LAMPE

By: /s/ Michael P. Smith
MICHAEL P. SMITH, Attorneys for
Defendant NEVADA DEANZA
FAMILY LIMITED PARTNERSHIP

DATED: April 7, 2010          MOORE LAW FIRM, PC

By: /s/ Tanya Eugene Levinson
TANYA EUGENE LEVINSON, Attorneys for
Plaintiff RONALD MOORE

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **April 15, 2010**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [RULE 6-144]