Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Dean Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD DEAN MOORE, | No.   1:10-CV-00277-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| SLEEP FIT, INC., NEVADA DEANZA FAMILY LIMITED PARTNERSHIP, | Assigned to U.S. Magistrate Judge LAWRENCE J. O'NEILL |
| Defendants. | Complaint Filed February  17, 2010 |

Plaintiff Ronald Moore, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Sleep Fit, Corporation, erroneously sued herein as Sleep Fit, Inc., through its attorney, Melody a. Hawkins, LANG, RICHERT & PATCH P.C., Fresno, California, and Defendant Nevada DeAnza Family Limited Partnership, through its attorney, Michael P. Smith, LAW OFFICES OF MICHAEL J. LAMPE, Visalia, California hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: July 12, 2010                    /s/Tanya Levinson Moore
                                       Tanya E. Levinson Moore

*Moore v. Sleep Fit, Inc., et al,*

Stipulation for Dismissal

1

                                        Attorney for Plaintiff

2  //

   Date: July 12, 2010            LANG, RICHERT & PATCH, P.C

3

4                                  /s/Melody A. Hawkins, Esq.
                                   Melody A. Hawkins
5                                  Attorney for Defendant
6                                  Sleep Fit, Corporation

7  Date: July 12, 2010            LAW OFFICE OF MICHAEL J. LAMPE

8

9                                  /s/Michael P. Smith
                                   Michael P. Smith
10                                 Attorney for Defendant
11                                 Nevada DeAnza Family
12                                 Limited Partnership

13                           **ORDER**

14

15 THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
   the above-captioned action be dismissed with prejudice.

16

17 **IT IS SO ORDERED.**

18 Dated:  July 12, 2010               /s/ Lawrence J. O'Neill_
                                       U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL
19

20

21

22

23

24

25

26

27

28

*Moore v. Sleep Fit, Inc., et al,*

Stipulation for Dismissal